914 A.2d 1288

IN THE MATTER OF RICHARD LEDINGHAM,
AN ATTORNEY AT LAW.

February 8, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–235, concluding that **RICHARD LEDINGHAM** of **UPPER SADDLE RIVER,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of three months for violating *RPC* 1.5(a)(charging an unreasonable fee), *RPC* 3.4(g)(threatening criminal action to collect fee), and *RPC* 8.4(c)(fees so clearly inflated as to constitute dishonesty), and good cause appearing;

It is ORDERED that **RICHARD LEDINGHAM** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 5, 2007; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.